954

No. 332, Misc. BRADLEY v. HOWARD UNIVERSITY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 351, Misc. SCASSERRA v. PENNSYLVANIA. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 364, Misc. POLLACK v. ASPBURY ET AL. C. A. 2d Cir. Certiorari denied.

No. 370, Misc. JOSEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg and Edward S. Szukelewicz* for the United States.

No. 382, Misc. BATES v. TEETS, WARDEN. Supreme Court of California. Certiorari denied.

No. 383, Misc. JOHNS v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 384, Misc. NORWOOD v. MAYO, STATE PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied.

No. 390, Misc. LESTER, ADMINISTRATOR, v. NATIONAL BROADCASTING CO., INC. ET AL. C. A. 9th Cir. Certiorari denied. *Harry Wolpin* for petitioner. *T. B. Cosgrove, John N. Cramer* and *Leonard A. Diether* for respondents.

No. 401, Misc. PIPPIN v. EDMONDSON, WARDEN. Supreme Court of Kansas. Certiorari denied.